IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LARENDA HICKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. H-06-1711 |
| | § | |
| SUN LIFE ASSURANCE COMPANY OF | § | |
| CANADA, PINNACLE INDUSTRIES, | § | |
| LTD., LONG TERM DISABILITY PLAN | § | |
| AND PINNACLE INDUSTRIES, LTD., | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

The Court, having reviewed the Magistrate Judge's Memorandum and Recommendation and the objections filed thereto, is of the opinion that the Memorandum and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the United States Magistrate Judge's Memorandum and Recommendation is **ADOPTED** by this Court.

SIGNED on September 28, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge