IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LARENDA HICKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-06-1711 |
| | § | |
| SUN LIFE ASSURANCE COMPANY OF CANADA, PINNACLE INDUSTRIES, LTD., LONG TERM DISABILITY PLAN AND PINNACLE INDUSTRIES, LTD., | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

In conformity with the Memorandum and Recommendation and the Order Adopting Memorandum and Recommendation it is hereby **ADJUDGED** that Plaintiff take nothing against Defendants.

Defendants are awarded their costs.

SIGNED on September 28, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge